UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

═══════════════════════════════

UNITED STATES OF AMERICA,


                    v.                                    ORDER
                                                       07-CR-157A


PASQUALE ANTHONY D'AMATO,

                              Defendant.

═══════════════════════════════


        This case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28

U.S.C. § 636(b)(1)(A).  Defendant filed a pretrial omnibus motion seeking various

relief.  At oral argument, the defendant abandoned his request for the

suppression of evidence.  On November 28, 2007, Magistrate Judge Scott filed a

Report and Recommendation, recommending that the motion to suppress be

denied.

        The Court has carefully reviewed the Report and Recommendation, the

record in this case, and the pleadings and materials submitted by the parties.  No

objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set

forth in Magistrate Judge Scott's Report and Recommendation, defendant's

1

motion to suppress is denied.  The case is referred back to the Magistrate Judge

Scott for further proceedings.


      SO ORDERED.

                       s/ *Richard J. Arcar*a

                       HONORABLE RICHARD J. ARCARA
                       CHIEF JUDGE
                       UNITED STATES DISTRICT COURT

DATED:  January 2, 2008